1  MICHELLE VISSER (SBN 277509)
   mvisser@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
3  San Francisco, CA 94105-2669
   Telephone:    +1 415 773 5700
4  Facsimile:    +1 415 773 5759

5  Attorney for Defendant
   Meta Platforms, Inc.
6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | ELIAS JOSEPH KARAM,                | Case No.: 25-cv-01397-LJC
   |                                    |
13 |                          Plaintiff,| **STIPULATION AND [PROPOSED]**
   |                                    | **ORDER FOR BRIEFING AND HEARING**
14 |        v.                          | **SCHEDULE OF META'S MOTION TO**
   |                                    | **DISMISS AS MODIFIED, SETTING**
15 | META PLATFORMS, Inc.,              | **HEARING FOR MAY 13, 2025**
   |                                    |
16 |                          Defendant.|

17       WHEREAS, on February 6, 2024, Plaintiff Elias Joseph Karam ("Plaintiff") filed an action

18 against Defendant Meta Platforms, Inc. ("Meta") in the 224th Judicial District Court of Bexar

19 County, Texas.  Dkt. No. 2, *Karam v. Meta Platforms*, No. 2024CI04190 (Tex. Dist. & Ct., Bexar

20 Cnty. 2024);

21       WHEREAS, on June 27, 2024, the action was removed to the United States District Court

22 for the Western District of Texas, San Antonio Division.  Dkt. No. 9, *Karam v. Meta Platforms*,

23 No. 2024CI04190 (Tex. Dist. & Ct., Bexar Cnty. 2024);

24       WHEREAS, on July 29, 2024, Plaintiff filed the First Amended Complaint ("FAC").  Dkt.

25 No. 15, *Karam v. Meta Platforms, Inc.*, No. 5:24-cv-720 (W.D. Tex. July 29, 2024);

26       WHEREAS, on August 22, 2024, Meta moved to dismiss the FAC on the basis that, among

27 other things, (1) the parties agreed to arbitrate, (2) the venue is improper in the Western District of

28

- 1-

1  Texas, and (3) Plaintiff's claims are insufficiently pled.  Dkt. No. 17, *Karam v. Meta Platforms,*
2  *Inc.*, No. 5:24-cv-720 (W.D. Tex. July 29, 2024); and
3        WHEREAS, on February 10, 2025, the United States District Court for the Western District
4  of Texas, San Antonio Division granted Meta's request to transfer the action to the North District
5  of California on the basis that "[t]his case has been filed in the wrong venue."  Dkt. No. 124,
6  *Karam v. Meta Platforms, Inc.*, No. 3:25-cv-1397 (N.D. Cal. Feb. 10, 2025).  The court further
7  held that any remaining arguments for dismissal or disputes will be resolved at the proper venue.
8  *Id.*
9        Meta, by and through its attorneys at the law firm Orrick, Herrington & Sutcliffe LLP, and
10 Plaintiff, in proper person, HEREBY STIPULATE AND AGREE that (1) Meta shall have up to
11 and including March 5, 2025 to move to dismiss the FAC ("Motion");  (2) Plaintiff shall have up
12 to and including March 26, 2025 to file Plaintiff's opposition to Meta's Motion; (3) Meta shall
13 have up to and including April 11, 2025 to file its reply in support of its Motion; (4) to the extent
14 the Court permits, the parties will schedule the hearing for ~~April 24, 2025~~ **May 13, 2025** and agree to appear via
15 Zoom or other remote options.

17 **ELIAS JOSEPH KARAM**                    **ORRICK HERRINGTON & SUTCLIFFE LLP**

18 */s/ Elias Joseph Karam*                  */s/ Michelle L. Visser*
   Elias Joseph Karam                        MICHELLE L. VISSER, (CA Bar No. 277509)
19 louiekaram@gmail.com                      The Orrick Building
                                             405 Howard Street
20                                           San Francisco, CA 94105-2669
   *Pro Per Plaintiff*                       Telephone:  (415) 773-5518
21
                                             *Attorney for Defendant Meta Platforms, Inc.*

- 2-

**IT IS SO ORDERED.**

**ORDER**

_____
MAGISTRATE JUDGE LISA J. CISNEROS

DATED: _____February 24_, 2025

CASE NO.: 25-cv-01397-LJC