UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS JOSEPH KARAM,<br><br>    Plaintiff,<br><br>    v.<br><br>META PLATFORMS INC.,<br><br>    Defendant. | Case No. 25-cv-01397-AMO<br><br>**ORDER DENYING MOTION**<br><br>Re: Dkt. No. 45 |

Before the Court is Plaintiff Elias Joseph Karam's "Motion for New Trial Oppose Early Dismissal," Dkt. No. 45.  The Court construes the motion as one for leave to seek reconsideration of the Court's November 4, 2025 Order Granting Defendant Meta Platform's Inc.'s Motion for Dismiss, Dkt. No. 44.

To obtain leave to file a motion for reconsideration, Plaintiff must establish:

    (1) That at the time of the motion for leave, a material difference in fact or law exists from that which was presented to the Court before entry of the interlocutory order for which reconsideration is sought.  The party also must show that in the exercise of reasonable diligence the party applying for reconsideration did not know such fact or law at the time of the interlocutory order; or

    (2) The emergence of new material facts or a change of law occurring after the time of such order; or

    (3) A manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order.

Plaintiff's motion fails to establish any of the above grounds.  Accordingly, the motion is **DENIED**.

The deadline for Plaintiff to file his second amended complaint remains **December 5,**

**2025**. As stated in the Court's November 4, 2025 Order:

> While the Court is allowing Plaintiff an opportunity to cure the deficiencies discussed . . . with respect to Counts 13, 14, 16 (as to Section 1985 only), and 22, Plaintiff may not otherwise add new substantive allegations, new counts, or new defendants. In his second amended complaint, Plaintiff may not incorporate material from the prior complaint by reference. Failure to file an amended complaint in accordance with this Order in the time provided will result in dismissal of this case without further notice to Plaintiff.

Dkt. No. 9.

**IT IS SO ORDERED.**

Dated: November 19, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**