UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS JOSEPH KARAM,<br><br>    Plaintiff,<br><br>    v.<br><br>META PLATFORMS INC.,<br><br>    Defendant. | Case No. 25-cv-01397-AMO<br><br>**ORDER DISMISSING CASE** |

On November 4, 2025, the Court granted Defendant Meta Platforms Inc.'s motion to dismiss. Dkt. No. 44. The Court granted Plaintiff Elias Joseph Karam leave to amend Counts 13, 14, 16 (as to Section 1985 only), and 22. *Id.* at 9. All other claims were dismissed without leave to amend. *Id.* The November 4 Order set December 5, 2025 as the deadline for Plaintiff to file his second amended complaint. *Id.* The Order put Plaintiff on notice that "[f]ailure to file an amended complaint . . . in the time provided will result in dismissal of this case without further notice to Plaintiff." *Id.* On November 16, 2025, Plaintiff filed a "Motion for New Trial Oppose Early Dismissal," Dkt. No. 45, which, construed as a motion for leave to seek reconsideration, the Court denied on November 19, 2025. Dkt. No. 46. The November 16 Order denying the motion reminded Plaintiff of the December 5, 2025 deadline to amend his complaint and of the consequences of failing to comply. *Id.* at 1-2. To date, Plaintiff has not filed an amended complaint. Accordingly, Plaintiff's remaining claims – Counts 13, 14, 16 (as to Section 1985 only), and 22 are hereby **DISMISSED WITHOUT PREJUDICE**. All other claims remain **DISMISSED WITHOUT LEAVE TO AMEND** as set forth in the Court's order of November 4, 2025.

**IT IS SO ORDERED.**

Dated: January 6, 2026

                                                    **ARACELI MARTÍNEZ-OLGUÍN**
                                                    United States District Judge